**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1624**

_____

LAUNEIL SANDERS,

                    Plaintiff - Appellant,

          v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, Administrator
Lisa Jackson; SOUTH CAROLINA DEPARTMENT OF HEALTH &
ENVIRONMENTAL CONTROL; ABITIBI BOWATER CORPORATION;
INTERNATIONAL PAPER COMPANY,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.   R. Bryan Harwell, District
Judge. (7:10-cv-00968-RBH)

_____

Submitted: September 28, 2010      Decided: September 30, 2010

_____

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Launeil Sanders, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Launeil Sanders appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complain without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Sanders v. United States, No. 7:10-cv-00968-RBH (D.S.C. June 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED